U.S. District Court – Tennessee Middle Court

**RECEIVED**
**IN CLERK'S OFFICE**

JUN 1 2018

**U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF TN.**

Davidson County, Tennessee

**RECEIVED**
**IN CLERK'S OFFICE**

JUN 1 2018

| | |
|---|---|
| Dr. Tamara Sanderfield, *Sui Juris* | CASE NO. |
| 285 N. Rutherford Apt. L104 | **VERIFIED COMPLAINT FOR** |
| Murfressboro, TN 37130 | **DECLARATORY AND INJUNCTIVE** |
| tel: (248) 750-6483 | **RELIEF AND DAMAGES** |
| | **TO ENGAGE IN A PATTERN OF** |
| *In Propria Persona* | **RACKETEERING ACTIVITY** |
| | **AND RELATED CLAIMS;** |
| All Rights Reserved | |
| without Prejudice | **International Covenant on** |
| | **Civil and Political Rights** |
| | (enacted by Congress with |
| | Specific Reservations) |
| | *In pari materia* with the |
| | **Supremacy Clause** in the |
| | **U.S. Constitution.** |
| | **JURY DEMANDED** |

| | |
|---|---|
| DR. TAMARA SANDERFIELD | (1) Violation of the 4th Amendment of the U.S. Constitution |
| V. | (2) Violation of the 5th Amendment of the U.S. Constitution |
| NANCY SNOWDEN, CEO, NCGS<br>NCGS DBA MINDSEEKER | (3) Violation of the 14th Amendment of the U.S. Constitution |
| KAYODE BALOGUN, U.S. GOVERNMENT<br>FEDERAL PROCUREMENT AGENT,<br>ILLUMINA, INC. AKA "THE<br>ILLUMINATI, INC." | **(4)** Conspiracy to interfere with Civil Rights – **42 U.S.C. § 1985** |
| DEFENDANTS | (5) Violation of Title VII of The Civil Rights Act of 1964 which prohibits discrimination based on race |
| | (6) Violation of Title VII of The Civil Rights Act of 1964 which prohibits discrimination based on color |
| | (7) Violation of Title VII |

|  | of The Civil Rights Act of 1964 which prohibits discrimination based on religion |
|  | (8) Copyright Infringement - **17 U.S.C. § 501 (a)** |
|  | (9) Eavesdropping - **18 U.S.C. § 2511** |
|  | (10) Harassing telephone calls - **47 U.S.C. § 223 (a)(1)(C)** |
|  | (11) Falsifying caller I.D. - **47 U.S.C. § 227** |
|  | **(12)** Obscene or harassing telephone calls in interstate communications - **47 U.S.C. § 223** |
|  | (13) Organized gang stalking - **18 U.S.C. § 241** |
|  | (14) Deprivation of Rights under Color of Law - **18 U.S.C. § 242** |

|  | (15) Racketeering, Conspiracy - **18 U.S. Code § 1962** |
|  | **(16)** Deprivation of rights - **42 U.S.C. § 1983** |
|  | **(17)** Violations of Laws pertaining to Interstate Communications - **18 U.S.C. § 875 (c)** |
|  | **(18)** Fraud and Related Activities in connection with computers - **18 U.S.C. § 1030** |
|  | (19) Violation of Common Carrier Regulation/ Authority to Use Location information - **47 U.S.C § 222 (f)(1)** |
|  | **(20)** Video voyeurism - **18 U.S.C. § 1801** |
|  | **(21)** Chemical Weapons/Prohibited Activities **18 U.S.C. § 229** |

**(22)** *Infringement of Secondary Transmission of Primary Transmission to Controlled Group **– 17 U.S.C. § 111 (b)(1)(2)(3) actionable as infringement under**

(23) Unauthorized fixation and trafficking in sound recordings and music videos – **17 U.S.C. § 1101**

(24) Interception and disclosure of wire, oral, or electronic, communications prohibited – **18 U.S.C. § 2511**

(25) Certain activities relating to material involving the sexual exploitation of minors – **18 U.S.C. § 2252**

(26) Trafficking with respect
to peonage, slavery,
involuntary servitude,
or forced labor **-18**
**U.S.C. § 1590**

(27) False personation by
foreign diplomats,
consuls, or officers **-**
**18 U.S.C. § 915**

(28) False personation as a
citizen of the United
States **- 18 U.S. Code §**
**911**

(29) General Obstruction of
mail **- 18 U.S. Code §**
**1701**

(30) Obstruction of
correspondence **- 18 U.S.**
**Code § 1702**

(31) Video voyeurism **- 18**
**U.S. Code § 1801**

(32)

|  |  |
|--|--|
|  |  |

## INTRODUCTION

This is a complex civil action involving multiple Civil infractions including violations of the 4th, 5th, and 14th Amendments of the U.S. Constitution, Conspiracy to interfere with Civil Rights, Violation of Title VII of The Civil Rights Act of 1964 which prohibits discrimination based on race, color, and religion, Copyright Infringement, Eavesdropping, Organized Gang Stalking, Harassing Telephone Calls, Deprivation of rights under color of law, Falsifying caller I.D., multiple predicate offenses under the law which governs Racketeering, Violation of the law pertaining to interstate communications, Deprivation of rights, and Fraud and related activities in connections with computers.

## Statutes which Propose Remedy

The Plaintiff therefore asks that, after careful review of the supporting arguments presented with respect to each offense, that this Honorable U.S. District court award damages in accordance with the Civil remedies outlined by each of the following federal statutes; **42 U.S.C. § 1983** (Civil Remedies for violation of Constitutional rights), **18 U.S.C. § 1964 (c)** (Civil remedies for engaging in predicate acts related to racketeering), **42 U.S.C. § 1983** (Civil action for deprivation of rights), **17 U.S.C. § 503(b) and 17 U.S.C. § 503 (a)(1)(C)(2)** (remedies for Copyright infringement – impounding and disposition of infringing articles), 17 **U.S.C. § 504 (a)(b)(c)(1)(2)** (remedies for infringement – damages and profits), 17 **U.S.C. § 505** (remedies for infringement – cost and attorney's fees), **18 U.S.C. § 229A(b)(1)** (Civil penalty for use of chemical weapons in prohibited activities), **18 U.S. Code § 2521** (Injunctions against illegal interception and disclosure of wire, oral, or electronic, communications), **18 U.S.C. § 2520(a)(b)(c)** (authorized recovery of civil damages for prohibited Interception and disclosure of wire, oral, or electronic, communications), **18 U.S.C. § 2254** (Civil forfeiture of material involving the sexual exploitation of minors), **18 U.S.C. § 2255** (Civil remedies for personal injuries arising from

the sexual exploitation of minors), **18 U.S. Code § 1595** (Civil remedy for Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor), **18 U.S. Code § 1964 (c)** (Civil remedies for Racketeering), **18 U.S. Code § 915** (civil remedy for False personation of a False personation by foreign diplomats, consuls, or officers), **18 U.S. Code § 911** (civil remedy for False personation of a False personation as Citizen of the United States), **18 U.S. Code § 1701** (General obstruction of mail), **18 U.S. Code § 1702** (Obstruction of correspondence), **and 18 U.S. Code § 1801** (Video voyeurism).

And that in addition to an award from the above named Defendants in this Civil Suite, declaratory and injunctive relief for actual, consequential and exemplary damages, and for all other relief which this Honorable U.S. District Court Middle Tennessee deems just and proper under all circumstances which have occasioned this Initial COMPLAINT.

The primary offense which incited this complaint is a widespread criminal *enterprise* which has engaged in a *pattern of racketeering activity* across State lines, and a conspiracy to engage in *racketeering activity* involving numerous RICO predicate acts during the past ten (10) calendar years.

The predicate acts alleged here cluster around act(s) relating to peonage and slavery, sexual exploitation of persons

which does include an adult and minor children, threats involving murder, dealing in obscene manner, an act or threat involving robbery, fraud and related activities in connection with identification documents, fraud and related activities in connection with access devices, mail fraud, wire fraud, financial institution fraud, obscene matter, obstruction of justice, obstruction of criminal investigations, obstruction of State or local law enforcement; tampering with a witness, victim, or informant; retaliating against a witness, victim, or an informant, and illegal use of chemical weapons relating to chemical weapons.

The Plaintiff does request that this Honorable U.S. District court acknowledge that the above list of offenses is not deemed "all-inclusive" and Plaintiff does reserve the right to amend this Initial complaint and add additional offenses in violation of prevailing U.S. statutes as they arise.

## JURISDICTION

This Honorable U.S. District Court has original jurisdiction pursuant to the civil RICO remedies at 18 U.S.C. 1964 (a) and (c), and the holdings of the U.S. Supreme Court in Tafflin v. Levitt, 493 U.S. 455 (1990), and the U.S. Court of Appeals for the Ninth Circuit in Lou v. Belzberg, 834 F.2d 730, hn. 4(9th Cir.1987).

Jurisdiction exists pursuant to 28 U.S.C. § 1331 and 1343 based on 42 U.S.C. §1983 and questions of federal constitutional law.

Jurisdiction also exists under the Declaratory Judgment Act, 28 U.S.C. §§ 2201(a) and 2202.

Jurisdiction exists pursuant to 18 U.S.C. § 229(c) (2) based on the prohibited use of chemical weapons against a United States Citizen.

This District Court has jurisdiction over this matter pursuant to 28 U.S.C §1332(d) (2) (c), since there is diversity of citizenship between the parties and the amount in controversy exceeds five million dollars ($5,000,000.00).

## PROCEDURAL HISTORY

Summary of Mind Seeker Exploitation - Tamara Sanderfield

---

•

1. At a time period between the beginning of October 2016
and the end of November 2016, while employed as a Drug
Safety Physician for NCGS, located in Charleston, South
Carolina, I logged into my email account while on location
at NCGS at tamara_sanderfield@hotmail.com, which contained
over 80,000+ emails, most of which were related to my
personal and private business information, and on first
click of a button, NCGS confiscated 79,000+ emails with
some kind of computer malware. They had confiscated these
emails from my email inbox.

• The emails included the email addresses of many of the
Senators within the State of Michigan.

• The emails included the email addresses of many of the
Congressmen within the State of Michigan.

• The emails included the email addresses of many of the
House of Representative Members within the State of

Michigan.

- The emails included the email addresses of the Lieutenant Governor and the Governor of the State of Michigan.
- The emails included multiple filings related to a previous domicile issue I had within the State of Michigan court system.

- The emails contained several documents related to a draft of proposed policies that I had created and submitted to politicians within the State of Michigan as an amendment to the State of Michigan Public Health Act.

- And many emails of a personal nature concerning my private business.

(33) 2. In November 2016, I received an email to participate in a video interview for research allegedly for the American Medical Association. The interview consisted of answering a series of 5 questions related to medical ethics and leadership situations. I completed the video interview on November 30, 2016, which was the deadline for the video.

3. Thereafter, because of the confiscation of my emails and the issues prevalent within NCGS as a company with respect to racism and cronyism, I increased the frequency

of my search for other employment opportunities.

4. The specific issues I encountered at NCGS while
employed there included:

• The Manager I worked under refused to include me in the
Drug Safety training, while training the other Physician
who was a Pakistani male.

• The Manager used racial intimidation tactics like
writing "KKK" in a manual tracking system our department
maintained.

• The Manager maintained a close relationship with a Drug
Safety Associate who spent her time watching me and
reporting back false information to the Manager.

5. I received a call from "Mind Seeker" for a remote CDI
opportunity to work for St. Joseph Hospital, Tacoma,
Washington, which is a Conifer/Tenant/CHI Franciscan
facility. I was
shipped a Mind Seeker laptop and told that I had to
attend a 4 day on-site training program in Tacoma,
Washington as an introduction to the St. Joseph staff and
their CDI program.

6. I was flown to St. Joseph in Tacoma Washington in
January 2017 to complete a 4 day on-site training and
introduction to their CDI system. There, I met several of

the on-site employees including the supervisor, Daphne Babb.

7. I ran into a Nigerian gentleman I had initially met while on an interview at Prime Healthcare 2 years prior, in 2014, named Afolarin (I can't remember his last name…).

8. The interview at Prime Healthcare actually was my first CDI interview and, it represents the beginning of what I will refer to from this point forward, as a "Mind Seeker trajectory".

9. After the four day period, I returned to South Carolina to start my job working from home.

10. In February 2017, I was contacted by a recruiter named Shelbis Kaytis from a company called HIMagine to interview for a CDI Manager Job with Bryant Health in Lincoln, Nebraska. I flew to Lincoln Nebraska on a Sunday morning and returned on a Tuesday afternoon.

11. I maintain that while away on the interview in Nebraska, my former employer, NCGS doing business as Mind Seeker, supplanted cameras in my home, noting that the agents of NCGS gained entry into my home in one of two ways, either because I left my vehicle and home keys with a former employee of NCGS while away on the business trip, or because both of my minor children had house

keys, and the key held by my youngest son was confiscated by his homeroom teacher who later I discovered was a party to the Mind Seeker Trajectory. Further, the claim of a camera being supplanted and that the camera(s) was in my bedroom was revealed to me by a close friend, Sidharth Handa, who still maintains employment with NCGS.

12. I found what appeared to be a "peep hole camera" in my home also and turned it in to an officer who I believed worked for Hanahan Police Department.

13. I later came to believe that that Officer was a part of the Mind Seeker trajectory, as was the property owner of the home I was leasing and residing within.

14. I worked the job for Mind Seeker from the January 9, 2017 until May 31, 2017. I opted to use my own dual monitor desktop computer as opposed to the laptop issued by Mind Seeker because the Mind Seeker laptop appeared to cause a lot of errors in the work that I produced.

15. During my employment with Mind Seeker, I endured extreme cyber surveillance, cyber bullying and cyber harassment. Their strategy involved supplanting malware on my desktop via WebEx meetings that were supposed to be pertaining to the actual job. These meetings were scheduled by actual employees for Conifer – St. Joseph Hospital, particularly Daphne Babb, Supervisor, and Paula

Tatum, Manager. With the installed malware, it allowed an
unlimited number of people access to my emails at
tamara_sanderfield@hotmail.com. Once I figured this out,
I started a new email address at
tam4masandmic@outlook.com. The agents of Mind Seeker went
behind me and hacked the second email address and
connected it to the first, and then connected it to
Skype. Within Skype, they turned on the Skype audio and
allowed this same unlimited number of people who had
access to my emails to also listen to all the sounds in
my home via Skype audio. These activities represent a
Violation of the 4th Amendment of the U.S. Constitution,
Eavesdropping – **18 U.S.C. § 2511,** Organized gang stalking
– **18 U.S.C. § 241,** Violations of Laws pertaining to
Interstate Communications – **18 U.S.C. § 875 (c),** Fraud
and Related Activities in connection with computers – **18
U.S.C. § 1030,** and Violation of Common Carrier
Regulation/ Authority to Use Location information **– 47
U.S.C § 222 (f) (1).**

16. Because NCGS stole my emails during a time period
between October 2016 and November 2016, they knew I had a
previous history with a Paula Tatum, who had worked in
the medical records department at Children's Hospital
Detroit Michigan because a person within that department

placed false information in my son's medical record. They knew this because I was attempted to obtain the medical records to present as evidence before the State of Michigan Judge presiding over my Motion to Change Domicile of my minor children. During that time, I reported the person who appeared to be tampering with the information contained within my son's medical records, as well as all of the other parties attempting to obstruct my ability to acquire the medical records and present them as evidence, to Paula Tatum, who, at that time, served as the Interim HIM Director over the HIM department within Children's Hospital of Detroit, Michigan, a Detroit Medical Center facility owned by Tenant Healthcare Corporation.

17. Because of her lack of response to my allegations that an employee under her Interim Directorship was committing medical record forgery, I ended up reporting Ms. Tatum to the President of Children's hospital Detroit, Michigan on at least 2 different occasions.

18. Later, I was able to recall that the Interim HIM Director over Children's Hospital of Detroit, Michigan, was indeed Paula Tatum, the very same Director who was now the Director over the St. Joseph's CDI program, and therefore my Director and that she had access to my

workload. She was also the person responsible for scheduling the WebEx meetings which caused so much malware to be supplanted on my dual monitor desktop.

19. I had come to learn that someone who I thought was a friend of mine, that I met on a different remote CDI job for the Cleveland Clinic, was also well known to NCGS, Conifer, and very much a part of the NCGS dba Mind Seeker trajectory.

20. His name is Kayode Balogun and he is also allegedly a permanent employee of a Conifer/Tenant facility located in Pennsylvania. He also knew Paula Tatum very well.

21. The combination of the WebEx meetings, and my clicking on attachments sent to me by Kayode Balogun at his request as a second level reviewer of papers he allegedly wrote for his Master's degree program, allowed constant infection of my desktop computer with malware.

22. It is also this combination of Kayode Balogun, the dual hacked emails, remembering who Paula Tatum was with respect to my Motion for change of Domicile within the State of Michigan, and the Skype hack, which made me realize that the entire fiasco was some sort of "smear campaign".

23. To drive the point of connection home with respect to Kayode Balogun and the Mind Seeker trajectory, please

note, I stated that the Mind Seeker Trajectory began with my very first interview for a CDI job opportunity in 2014 with Prime Healthcare. Kayode Balogun told me that he used to work for Prime Healthcare.

24. One of the opportunities on the trajectory included a brief remote opportunity which turned into a travel CDI opportunity, with a company called UASI.

25. Kayode Balogun allegedly used to work for UASI. Kayode Balogun also knew Afolarin, the gentleman that I met while on a job interview in 2014 at Prime Healthcare, and who also was an employee of St. Joseph Hospital, Tacoma, Washington, and a Tenant Healthcare facility.

26. They would tamper with my work productivity to produce errors, and then send me vicious malignant emails through the Conifer email system, which could also be viewed by all who could witness the other emails.

27. I also witnessed their CDI software program, which was developed by a company called R1 RCM, create the errors found in the charts I reviewed real time.

28. When I figured out I was under attack, I started reporting the cyber bullying, cyber harassment, and organized gang stalking to the FBI IC3 in March 2017.

29. I stayed in contact with one person at NCGS, not knowing that NCGS was dba Mind Seeker.

30. I thought it was NCGS attacking me, particularly the owner, Nancy Snowden, because I kept in contact with my former boss, who I consider a close friend, and he and her maintained a personal intimate relationship with each other.

31. It was not until I actually sent via certified U.S. postal service mail, all the FBI IC3 filings to Washington, D.C., Dallas, Texas (Tenant Headquarters is in Texas), Seattle, Washington, and Philadelphia, Pennsylvania, that the one person who I kept in touch with at NCGS revealed to me that it was indeed NCGS doing the cyber-attacks, but he claimed it was for a vetting to obtain a medical residency.

32. I did not believe that then, and I don't believe it now, for a number or reasons. First, no medical residency is going to use a simple job function like CDI to evaluate any Resident Physician's medical knowledge.

33. Although I felt that I was able to account for at least 5 medical residency program directors were able to view the email attacks. I will provide a list of those who I know were able to read my emails. It's quite extensive, but by no means comprehensive, as there were many, many, many more people involved.

34. I was then able to reflect back and I came to the

realization that I had been placed on some sort of
trajectory, which allowed for some kind of observation of
me, that started with my very first CDI job on said
trajectory, back in September 2014. I was intentionally
placed within the State of South Carolina and moved out
of Michigan, because whilst in Michigan, I was writing
letters to all of the Michigan State Senators,
Congressmen, House of Representative Members, the
Governor and Lieutenant Governor requesting an amendment
to the Michigan State Public Health Act to allow non-
Matched Physicians to obtain licensure to practice as an
"Assistant Physician" after a period of brief training
under a fully licensed Physician.

35. I believe that the placement in South Carolina was
very much intentional to get me out of the state of
Michigan at the precise time that voting by the Michigan
State Medical Society (AMA - Michigan) would occur on
deciding whether to back the proposed drafted bill
recommending an amendment to the State of Michigan Public
Health Act.

36. A similar bill was enacted into law within the State
of Missouri at that time.

37. I met Kayode Balogun while working remote for the
Cleveland Clinic. During that time, I was living in

Columbia, SC. I believe I ended up at NCGS, which is located in Charleston SC, because of some advanced internet hacking by Kayode Balogun. At that time, I did not know the extent of the internet hacking which did involve "hijacking" my "internet of things (IOT)" such that anything searched for and viewed, was the result of what the hackers delivered as a search result as opposed to the being the result of a legitimate string of search results that had not been altered or tampered with.

38. I have witnessed firsthand, how these people can control your internet viewing, Google searches, and job searches, directly violating Eavesdropping – **18 U.S.C. § 2511,** Organized gang stalking – **18 U.S.C. § 241,** Violations of Laws pertaining to Interstate Communications – **18 U.S.C. § 875 (c)**

, Fraud and Related Activities in connection with computers – **18 U.S.C. § 1030,** and Violation of Common Carrier Regulation/ Authority to Use Location information **– 47 U.S.C § 222 (f) (1) U.S. Codes.**

39. I have been unemployed since May 2017. I have applied for thousands of jobs, most of which were probably all fake and created by them. They have the ability to control the "internet of things" on dedicated internet connections, and that is what I

have been using at my own home, and at my relatives home. Their control of these results and the advanced cyber stalking and harassment has left me unemployed, homeless and struggling to survive. The following U.S. codes were violated by these actions: Violation of the 4th Amendment of the U.S. Constitution, Conspiracy to interfere with Civil Rights – **42 U.S.C. § 1985,** Eavesdropping – **18 U.S.C. § 2511,** Organized gang stalking – **18 U.S.C. § 241,** Violations of Laws pertaining to Interstate Communications – **18 U.S.C. § 875 (c),** Fraud and Related Activities in connection with computers – **18 U.S.C. § 1030,** and Violation of Common Carrier Regulation/ Authority to Use Location information – **47 U.S.C § 222 (f)(1).**

40. I have seen them control the "internet of things" on public connections. I suppose this is occurring with the assistance of some type of malware installed on my computer also.

41. They have been hacking my smart phone, mostly through an English Hindi app I had installed on my smartphone to keep in touch with my friend, Sidharth Handa, who works for NCGS, because I found him to be a vital source of information pertaining to the entire fiasco.

42. Sidharth Handa, or someone I believed to be Sidharth Handa, was instrumental in guiding me and helping me through all of this, but he has done so at a terrible price.

43. He, or someone I believed to be him, informed me that they

planted cameras in my home and took nude photos of me and my children and put the photos on the "dark web", violating Certain activities relating to material involving the sexual exploitation of minors – **18 U.S.C. § 2252** Copyright Infringement – **17 U.S.C. § 501 (a)**, Eavesdropping – **18 U.S.C. § 2511**, Violations of Laws pertaining to Interstate Communications – **18 U.S.C. § 875 (c)**, Fraud and Related Activities in connection with computers – **18 U.S.C. § 1030**, and Violation of Common Carrier Regulation/ Authority to Use Location information **– 47 U.S.C § 222 (f)(1)**.

44. He did this in a very guarded fashion, as they have disapproved of all communication between the two of us, to the point where they have threatened his work Visa, they threatened to deport him out of the United States, and I received information from an anonymous source that they were threatening to blame the supplanted camera and nude photo production of myself and my children on him.

45. I also received confirmation from someone that I believed to be Sidharth Handa that the purpose of Mind Seeker was to **"decrease the value of an asset"**, thus, it was a **"smear campaign"**.

46. I also received several messages referring to him as a "low-life Asian", "a Pedophile", "a transporter of drugs", "a temple prostitute involved in Baal Peor worship".

47. To confirm placement of the camera and launch a vicious ongoing psychological attack against me, they posted cartoon-like images of the contour of my body parts in the ongoing ads within my email inbox so that everyone who had access to my email inbox could see them.

48. Through the control of the "internet of things", I witnessed them significantly decrease the salary range of jobs I qualify for and change the qualification criteria so as to exclude my credentials as a qualifier, violating Violations of Laws pertaining to Interstate Communications – **18 U.S.C. § 875 (c)**, Fraud and Related Activities in connection with computers – **18 U.S.C. § 1030**, and Violation of Common Carrier Regulation/ Authority to Use Location information – **47 U.S.C § 222 (f) (1)**.

49. They also controlled the jobs that appear in the internet searches. Most of the jobs that I have applied for, I now realize, were companies who were a party to the Mind Seeker fiasco.

50. And those jobs that I applied too that were not a party to the fiasco, they used cyber surveillance techniques to delete my applications for those jobs. I am not sure that my CV ever made it to the intended recipients, violating Violations of Laws pertaining to Interstate Communications – **18 U.S.C. § 875 (c)**, Fraud and Related Activities in connection with computers – **18 U.S.C. § 1030**, and Violation of Common Carrier Regulation/

Authority to Use Location information **- 47 U.S.C § 222 (f)(1)**.

51. I observed a Microsoft audit trail in my email inbox under the security settings which included hackers in places like China, India, Indonesia, South Africa, etc…

52. The Chinese hackers inserted extensive amounts of virus infected images into my smartphone taking up 90% of the memory capacity and this somehow assisted them in controlling the cameras, internet connection, and Roku devices in my home.

53. The property owner of the property that I resided in was also involved in the Mind Seeker trajectory and did assist in the harassment.

54. They have blocked all incoming and outgoing email communications.

55. They have blocked all incoming and outgoing calls.

56. They have disconnected important calls that I was on in the middle of the conversation.

57. They have followed me around by manipulating the location on/off switch on my smartphone. I fell behind on my car payment because I am unemployed. They have blocked me from obtaining gainful employment and through tracking my location via the smartphone; they had my car repossessed from a grocery store parking lot here within the State of Michigan.

58. Now that I have figured out they are getting the internet connection data through the English Hindi app, I have removed

the app, and gotten a new cellphone.

59. The harassment has continued, with the latest witnessed event occurring 2 days ago, on 9/27/17, when I started to compose this document to send to the EEOC.

60. While in South Carolina, they hacked my internet, smart phones, and Roku.

61. They used the Roku connection to deliver gross racially intimidating messages, including using racial epithets and threats of lynching.

62. I got called "Niggers", "Guerillas", "Black people are stupid", "Fat", "Thot", "Whale", etc...

63. While in Michigan they hacked my sisters' internet connection and my smartphone.

64. Now I need a new laptop because as mentioned, I noticed 2 days ago that it has malware on it and I have seen it taking pictures of everything I do on it.

65. The entire ordeal has left me unemployed and homeless.

66. The psychological impact has been overwhelmingly negative also. Some days I wake up and I am absolutely numb, not being able to move.

67. I contacted multiple attorneys and law firms, all declined to help me stating it was a case simply too big for them to handle.

68. I maintain that the job at NCGS, and the subsequent remote

job with NCGS dba Mind Seeker was the endpoint of a trajectory and a last ditch effort to smear me professionally.

The following companies demonstrated a presence in observing or actively participating during MINDSEEKER:

1. TENANT/CONIFER AND ITS AFFLIATED HOSPITALS IN WASHINGTON, NEBRASKA, MICHIGAN.

2. PFIZER

3. MERCK

4. TEVA

5. PIPER

6. PREMIER

7. PPD

8. OTHER CRO - NORTH CAROLINA

9. RANGAM CONSULTANTS

10. MEDIX

11. MAYO CLINIC

12. CLEVELAND CLINIC

13. UCLA

14. YALE UNIVERSITY

15. AMA

16. NATIONAL LEAGUE OF NURSING

17. PHYSICIAN ASSISTANT ASSOCIATION

18. CHAMBERLAIN COLLEGE

19. THE SCHOOL THAT KEEPS TRYING TO RECRUIT TO GET AN ONLINE
PUBLIC HEALTH DEGREE

20. THE COMPANY THAT KEEPS TRYING TO SELL THE BUY AN RN
CORRESPONDENCE COURSE

21. ADDISON GROUP

22. BARTON AND ASSOCIATES

23. PLANET PHARMA

24. JUDGE - Michigan

25. JUDGE - Florida

26. JUDGE - South Carolina

27. WELLS FARGO

28. SANTANDER

29. ATTORNEY - Florida

30. ATTORNEY - Florida

31. MEDPARTNERS

32. MULTIPLE HIM RECRUITERS IN FLORIDA

33. MULTPLE RECRUITERS FOR BIOPHARMACEUTICALS - NEW YORL, NEW
JERSEY

34. ST. MARY'S HOSPITAL

35. HCA

36. RESIDENT MEDICAL

37. GEBBS HEALTHCARE

38. COMFORCE

39. CASHNET USA

40. ATTORNEY - SOUTH CAROLINA

41. ATTORNEY MICHIGAN

42. LAW FIRM - MICHIGAN

43. SOUTH CAROLINA STATE DEPARTMENT OF EDUCATION

44. MICROSOFT

45. ADOBE

46. LECTURIO

47. POLITICIANS - MICHIGAN

48. SCE&G

49. CHARLESTON WATER

50. LINKED-IN

51. ACDIS

52. AHIMA

53. THOSE PEOPLE ON LINKED IN

54. Inventiv

55. Stern & Associates

56. Wayne State University

57. Michigan Talent Department/Career Connect

58. South Carolina Politicians

59. South Carolina Department of Unemployment

60. Berkeley County School District

61. Hanahan Middle School

62. Biopoint

63. Cromsource

64. QPS Biokinetics

65. Business Forward

66. Change.org

67. CHI Franciscan

68. Cambridge Health Institute

69. M Modal

70. MMS Holdings

71. The property owner at 7308 Kestrel Trail, Hanahan, SC 29410

72. CSI Inc.

73. Beacon Hill Pharma

74. Planet Fitness

75. Fitness Works

76. Crain's Detroit Business

77. Barnet Publications

78. Q Link Wireless

79. Crush Fitness

80. Shaping Concepts

81. The guy who changed my door locks on the Hanahan property

82. Hanahan Police Department

83. R1 RCM

84. Virtual Vocations

85. DOC

86. HIM Connections

87. Quorum Health

88. CDI Search Group

89. HIMagine

90. University of Miami

91. In His Image Family Medicine Residency

92. UASI

93. University of Indiana Department of Dermatology

94. Carolina Health System

95. Jackson Health System

96. Politicians within the State of Missouri

97. Michigan State Medical Society

69.  Line(s) 1-68 of this complaint were typed on 9/22/2017.

70. As of 5/30/2018, I affirm that the people involved in Mind
Seeker identified themselves as "The Illuminati".

71.  One of the main objectives of Mind Seeker appeared to
initially be a de facto attempt at a smear campaign by some of
the employees at NCGS, under the "disguise" of being something
established operationally to assist in the procurement of a
medical residency.

72.  The second objective of Mind Seeker appears to be an
attempt at allegedly recruiting me into the organization(s)
known as "The Illuminati", "The Freemasons for women", "The

Family", and/or "NXIVM". Further, there were several attacks made against Plaintiff with respect to religious affiliation including attacking Plaintiff for being a "Christian" or holding a set of ideals and beliefs which parallel those held by Christians, requesting that Plaintiff convert to Islam, claiming that Plaintiff represents those who are "children of a lesser God", claims that "Israel hates Blacks", "Israel hates Africans", the Nation of Islam is "anti-Semetic", and that the "Hebrew Israelites" are not the "chosen people of God".

73. It has been revealed that The Illuminati, Inc. are U.S. Government contractors for the Department of Defense, the Department of Health and Human Services, and the Department of Agriculture.

74. In August 2014, upon being placed on the Mind Seeker trajectory, the first employment opportunity I accepted as a CDI Physician Consultant was located at Tulare Regional Medical Facility, and unbeknownst to me, this opportunity represented the first work opportunity I accepted as an employee of the The Illuminati working under the Department of Agriculture.

75. My subsequent employment opportunities following included work performed for UCLA, UASI, Palmetto Health, The Cleveland Clinic, and NCGS. These were allegedly all opportunities that I

worked while an employee of The Illuminati under the Department of Health and Human Services.

76. Since my employment under MINDSEEKER has ended, there has been a consistent deliberate attempt to keep me under surveillance during MIND SEEKER to obtain information on which could substantiate forced initiation into either the navy, air force, or marines, and thus, to continue my employment with The Illuminati as a contractor working under The Department of Defense.

77. From March 2017 until May 2018, I was consistently subjected to racial intimidation tactics which did include being called "Niggers", "Monkeys", "Guerillas", "Wales", "High-level Coons", "Apes", "Chimpanzees", and I was consistently subjected to obscene matter including being solicited for sex, requests were made to engage in group sex, to engage in anal intercourse, bestiality, pedophilia, oral sex, rape, rape by manner of a "train" and lesbian sex. Other offensive acts included sex with a "step-mother" and "marriage" to "husbands" or a "husband and his brother".

78. In an attempt to diminish the belief that the entire fiasco was related to a contract between the State of Michigan Family court system and The Illuminati, Inc. to induce a state of "peonage" upon the Plaintiff to circumvent the possibility of

the Plaintiff relocating to an international destination with
her minor children, several attempts were made to elucidate the
possibility that other parties were responsible for the
harassment including: the crown Prince of the Saudi Royal
Family, The crown Prince of Kuwait, the son of the only female
African Billionaire, the Nigerian Illuminati, the South African
Illuminati, and some South Africans with no additional
information provided. Other people mentioned, in or before
April 2018 included President Trump, President Obama, Senator
John McCain, a Congressman in Texas, and a West Virginia
Senator.

79. A second attempt was made to confound the belief that the
primary purpose of the harassment was at the request of the
State of Michigan Family court system by attempting to elucidate
that the harassment was based on a "vetting" process for
marriage to the crown prince of southeastern India. Further, it
was alleged that Sidharth Handa is in fact the crown prince of
southeastern Indian royal family.

80. Multiple attempts were made to force the Plaintiff to return
back to the State of Michigan throughout the course of the
entire ordeal, and the attempts gave further evidence of the
nature of the involvement of the State of Michigan Family court

system and their disposition in attempting to "illegally retract" a previously approved Motion to Change Domicile.

Starting in March 2017, I filed over 150 complaints with the FBI IC3 over a period of time which extended from March 2017 until February 2018, and to date, I have not received a single follow-up response to a single complaint filed. Because of the ongoing harassment, copies of most of those complaints were intercepted and altered within my email inbox. I printed over 100 of those complaints, compiled them, and mailed them to the FBI headquarters in Washington, D.C., Seattle, Washington, Dallas, Texas, and Philadelphia, Pennsylvania via certified mail return receipt. And to date, I still have not received a single follow-up response to any complaint filed.

In November 2017, I filed widespread consumer complaints with the ACLU in all 50 states within the United States of America and received multiple declination letters in response to the complaints filed.

The Plaintiff also filed consumer complaints with the Attorney General in 35 states within the United States and received either no response to the complaints, or an acknowledgement of receiving the complaint, with no additional action taken on the complaint.

The Plaintiff is alleging 14 separate primary counts in this Federal complaint against the Defendant(s) named:

(1)  Violation of the 4th amendment of the U.S. Constitution

(2)  Violation of the 5th amendment of the U.S. Constitution

(3)  Violation of the 14 amendment of the U.S. Constitution

(4)  Violation of unalienable rights on the U.S. Declaration of Independence

(5)  Violation of Title VII of the Civil rights of 1964 which prevents discrimination based on race

(6)  Violation of Title VII of the Civil rights of 1964 which prevents discrimination based on color

(7)  Violation of Title VII of the Civil rights of 1964 which prevents discrimination based on religion

(8)  Trafficking with respect to peonage, slavery, involuntary servitude, and forced labor

(9)  Racketeering, Conspiracy

(10) copyright infringement

(11) eavesdropping

(12) conspiracy to deprive of fundamental Rights;

(13) deprivation of rights under color of law

(14) Organized gang stalking

In anticipation of probable obstruction by federal officers and employees of the United States District Court in Charleston, South Carolina and Detroit, Michigan ("USDC"), Plaintiff is making a request for adjudication by this Superior Court of Middle Tennessee. This action is for counts 1 through 13 above and is in effect.

The obstruction anticipated by Plaintiff, to occur in connection with this federal case, is a result of the premise outlined above that the Plaintiff became "targeted" to become an employee of The Illuminati, Inc. either because of activity she engaged in involving political activism within the State of Michigan by requesting an amendment to public health policy within the state of Michigan, or by way of a contract established between the Illuminati, Inc. and the State of Michigan family court system with the intent to keep the Plaintiff's "whereabouts" under surveillance given an approval issued by State of Michigan Family court Judge Richard B. Halloran on a long-standing Motion for change in Domicile which presided before his court. Further, since the primary activities of the widespread racketeering network involves the State of Michigan, State of South Carolina, and the State of California the Plaintiff has great doubt that any federal

officers, in any of these states, among other parties charged with upholding the law, would not be among the probable parties who would conspire to further threaten continuation of the severe economic hardship and other wrongs described above that have greatly diminished the livelihood of the Plaintiff.

It is also apparent to Plaintiff that the instant action should <u>not</u> be removed into the <u>Article III</u> <u>USDC</u> because the USDC is presently vacant, nor should it ever be removed into the <u>Article IV</u> <u>USDC</u> because of demonstrable bias and prejudice among officers and employees of the USDC.

<u>PARTIAL LIST OF RICO PREDICATE ACTS</u>

<u>AND OTHER ACTS OF WITNESS RETALIATION</u>

**To Be Determined.**

## RELIEF REQUESTED

**Wherefore**, pursuant to the statutes at To Be Determined, Plaintiff requests judgment against all named Defendants as follows:

## SUMMARY OF DAMAGES

Summary of Reasonable Counsel's Fees:          TBD

Summary of Consequential Damages:          TBD

Summary of Actual Damages (partial list):

    Missed salary from unlawful acts:     $500,000.00

    Triple damage multiplier (3 xs):       $1,500,000.00

    Copyright infringements, actual:      $163,800,000.00

Triple damage multiplier (3 xs):          $491,400,000.00

---------------

          Subtotal:                        $657,200,000.00

Summary of Punitive Damages (3x):         TBD

**TOTAL DAMAGES** (minimum):              TBD

The damage matrix is three-dimensional: for each Defendant, there are actual, consequential, and punitive damages (3 columns) on each of three counts (3 rows).

Plaintiff hereby demands trial by jury on all issues triable to a jury lawfully convened.

## LIST OF EXHIBITS

To Be Determined.

### VERIFICATION

I, Dr. Tamara Sanderfield, *Sui Juris*, Plaintiff in the above entitled action, hereby verify under penalty of perjury, under the laws of the United States of America, without the "United States" (federal government), that the above statement of facts and laws is true and correct, according to the best of My current information, knowledge, and belief, so help me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause in the Constitution for the United States of America, as lawfully amended (hereinafter "U.S. Constitution").

Dated:    June 1, 2018 *A.D.*

Signed:    /s/ Dr. Tamara Sanderfield

6/1/18

Printed:   Tamara Sanderfield, B.A., M.B.A., M.D., *Sui Juris*

DECLARATION OF NEED BY LITIGANT

United States District Court
Middle District of Tennessee

(To be filed by litigant in support of
a motion for appointment of counsel)

RECEIVED
IN CLERK'S OFFICE

JUN 1 2018

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

I, *Tamara Sanderfield* , declare under penalty of perjury the following in
(applicant's name)
support of my motion for appointment of counsel by the Court:

1.    My household income does not exceed 200% of the current applicable
      Federal Poverty Guideline (available online at
      https://aspe.hhs.gov/poverty-guidelines);

2.    I lack assets sufficient to afford legal representation in this case; and

3.    I will notify the Court and my appointed counsel if my financial condition
      materially changes before completion of this case.

Date 4/25/2018                          Signature *Tamara Sanderfield*

(ATTACHMENT B)